**2014–2017.   Gillan v. Testa.**
Board of Tax Appeals, No. 2014–1340. This cause is pending before the court as an appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that the briefing in this case is stayed.

It is further ordered, sua sponte, that appellant show cause within 20 days as to why the appeal should not be dismissed for lack of jurisdiction. Appellant shall file evidence, by affidavit or otherwise, that the notice of appeal was timely filed with the Board of Tax Appeals. Appellee may file a response to appellant's evidence within ten days of the filing of appellant's evidence.

**2014–1713.   Newcomer v. Natl. City Bank.**
Williams App. No. WM–12–007. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2013–1353.   Cleveland Metro. Bar Assn. v. Wooten.**
This cause came on for further consideration upon the filing by relator, Cleveland Metropolitan Bar Association, of a motion for an order requiring respondent, Derek Wooten, to appear and show cause why he should not be held in contempt for failing to comply with this court's May 7, 2014 order.

Upon consideration thereof, it is ordered by the court that relator's motion is denied. While the Board on the Unauthorized Practice of Law recommended in its report that the court order respondents to return the portion of the fees and repay any and all sums obtained from the 113 defendants in the underlying proceeding and provide relator proof of payment, the court's May 7, 2014 order did not order respondents to take such action.

**2013–2026.   In re Rev. of Alternative Energy Rider Contained in Tariffs of Ohio Edison Co.**
Public Utilities Commission, No. 11–5201–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of appellee/cross-appellant the Office of the Ohio Consumers' Counsel's motion for leave to file fourth merit brief under seal, it is ordered by the court that the motion is denied as moot. Pursuant to S.Ct.Prac.R. 3.02(B), the "confidential" version of the fourth merit brief filed on December 24, 2014, is exempt from public disclosure and shall be maintained under seal pending resolution of this appeal.

**2014–2051.   Wendt v. Dickerson.**
Tuscarawas App. No. 2014 AP 01 0003. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellees' motion to strike portions of appellant's memorandum in support of jurisdiction, it is ordered by the court that the motion is granted. It is ordered that pages 16 through 21 and P55 through P69 are stricken and will not be considered by the court.